UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 07-50069-01-KES and -02 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION |
| vs. | ) | TO SEVER BY DEFENDANT |
| | ) | CORBIN CONROY |
| CORBIN CONROY and | ) | |
| MARYANN VIG, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On September 11, 2007, defendant Maryann Vig filed a motion to sever pursuant to Fed. R. Crim. P. 8(b), 14(a), and Bruton v. United States, 391 U.S. 123 (1968). [Docket 25], which the court granted on September 25, 2007. [Docket 32].   On September 21, 2007, defendant Corbin Conroy filed his own motion to sever pursuant to Fed. R. Crim P. 8(b) and 14(a).  Mr. Conroy's motion was referred by the Chief Judge, the Honorable Karen E. Schreier, to this magistrate judge for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(A), and the Chief Judge's standing order dated June 11, 2007.

Mr. Conroy's motion presents no new legal arguments or facts in support of severance.  Accordingly, the court incorporates by reference the facts and law contained in its opinion issued on Ms. Vig's motion, Docket 32.  Good cause appearing, it is hereby

ORDERED that defendant Corbin Conroy's motion to sever [Docket 30] is granted.

**NOTICE TO PARTIES**

Pursuant to 28 U.S.C. § 636(b)(1)(A), any party may seek reconsideration of this order before the district court upon a showing that the order is clearly erroneous or contrary to law.  The parties have ten (10) days after service of this order to file written objections pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained.  See Fed. R. Crim. P. 58(g)(2).  Failure to file timely objections will result in the waiver of the right to appeal questions of fact.  Objections must be timely and specific in order to require review by the district court.

Dated September 25, 2007.

BY THE COURT:

/s/ *Veronica L. Duffy*
VERONICA L. DUFFY
UNITED STATES MAGISTRATE JUDGE